[No. 49228-8-II.   Division Two.   April 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD SPENCER GEORGE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-03842-2, Edmund Murphy, J., entered July 15, 2016. *Remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 49567-8-II.   Division Two.   April 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB LEE PERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 16-8-00068-0, David L. Edwards, J., entered August 18, 2016. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 33644-1-III.   Division Three.   April 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA DAVID FLEMING, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-00704-4, Harold D. Clarke III, J., entered July 16, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J.; Pennell, J., dissenting.